```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANDRES ROBLES GONZALEZ                            CIVIL ACTION

VERSUS                                            NO: 14-696

UNITED STATES OF AMERICA,                         SECTION: J
ET AL
```

### ORDER

Before the Court is a *Motion to Dismiss for Lack of Jurisdiction* **(Rec. Doc. 18)** filed by the government Defendants, as well as an *Opposition* **(Rec. Doc. 19)** filed by Plaintiff.

For the reasons outlined in Plaintiff's *Opposition*,

**IT IS HEREBY ORDERED** that the government's *Motion to Dismiss for Lack of Jurisdiction* **(Rec. Doc. 18)** is **DENIED.**

New Orleans, Louisiana, this 6th day of August, 2014.

```
                              _____
                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE
```